1  EDMUND T. WANG (SBN 278755)
   ewang@kslaw.com
2  KING & SPALDING LLP
   101 Second Street, Suite 2300
3  San Francisco, CA 94105
   Telephone:     (415) 318-1200
4  Facsimile:     (415) 318-1300

5  S. STEWART HASKINS (admitted *pro hac vice*)
   shaskins@kslaw.com
6  KING & SPALDING LLP
   1180 Peachtree Street, N.E.
7  Atlanta, GA 30309-3521
   Telephone:     (404) 572-4600
8  Facsimile:     (404) 572-5100

9  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
10
   STEPHEN NOEL ILG (SBN 275599)
11 silg@ilglegal.com
   ILG LEGAL OFFICE
12 555 California Street, Suite 4925
   San Francisco, CA 94104
13 Telephone:     (415) 580-2574
   Facsimile:     (440) 632-9843
14
   Attorneys for Plaintiff
15 ELLEN COFFMAN

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

20

| ELLEN COFFMAN, on behalf of herself, all others similarly situated, and the general public, | Case No. 4:16-cv-03302-PJH |
|---|---|
| | Honorable Phyllis J. Hamilton |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |
| v. | **FED. R. CIV. P. 41(a)(1)** |
| HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

---

STIPULATION OF VOLUNTARY DISMISSAL                          CASE NO. 4:16-CV-03302-PJH

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff ELLEN COFFMAN
2  ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC. ("Defendant"), by and through the
3  undersigned counsel of record, hereby stipulate that the above-entitled action shall be dismissed
4  with prejudice as to all claims brought individually by Plaintiff and without prejudice as to all
5  putative class claims, as follows:
6    WHEREAS this action was filed in the Superior Court of California, County of Sonoma
7  on May 13, 2016 (*see* Dkt. No. 1-1), and removed to this Court on June 15, 2016 (Dkt. No. 1);
8    WHEREAS Defendant filed a motion to dismiss on July 6, 2016 (Dkt. No. 10), and the
9  Court granted Defendant's motion to dismiss in part on June 29, 2016 (Dkt. No. 21);
10   WHEREAS Plaintiff filed a first amended complaint on October 5, 2016 (Dkt. No. 22),
11 and Defendant's response to the first amended complaint is not yet due (Dkt. No. 29);
12   WHEREAS Defendant has neither answered nor moved for summary judgment and no
13 class certification motion has been filed;
14   WHEREAS this action was filed as a class action but has not been certified as such;
15   WHEREAS Plaintiff and her counsel have decided to voluntarily dismiss the individual
16 claims of Plaintiff with prejudice;
17   WHEREAS dismissal of Plaintiff's claims will not prejudice absent putative class
18 members and will not affect their rights because no class has been certified;
19   WHEREAS, no notice need be sent to absent putative class members, because a class has
20 not been certified, the case is in its infancy, the case has not been widely publicized, and no
21 absent putative class member will be bound by the voluntary dismissal of Plaintiff's claims.
22   NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED that the above-
23 entitled action shall be dismissed with prejudice as to all claims brought individually by Plaintiff
24 and without prejudice as to putative class claims.
25 / / /
26 / / /
27 / / /
28 / / /

1

| | | |
|---|---|---|
| 1 | DATED:  December 1, 2016 | KING & SPALDING LLP |
| 2 | | By:  /s/ Edmund T. Wang |
| 3 | | EDMUND T. WANG |
| 4 | | Attorneys for Defendant HOME DEPOT U.S.A., INC. |
| 5 | DATED:  December 1, 2016 | ILG LEGAL OFFICE |
| 6 | | By:  /s/ Stephen Noel Ilg |
| 7 | | STEPHEN NOEL ILG |
| 8 | | Attorneys for Plaintiff ELLEN COFFMAN |

I, the undersigned, attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED:  December 1, 2016         By:   /s/ Edmund T. Wang

### [~~PROPOSED~~] ORDER

The stipulation of the Parties is approved.  The entire action is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 5, 2016

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*

# CERTIFICATE OF SERVICE

I, the undersigned, certify that on this date, I electronically filed the foregoing document, **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**, with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following attorney of record and to all the parties appearing on the docket sheet:

Stephen Noel Ilg
HOFFMAN EMPLOYMENT LAWYERS
580 California Street, Suite 1600
San Francisco, CA 94104
Tel.:   415-362-1111
Fax:   415-362-1112
Email: silg@employment-lawyers.com

Attorneys for Plaintiff


DATED:  December 1, 2016          By:     /s/ Edmund T. Wang
                                          EDMUND T. WANG

                                          Attorney for Defendant
                                          HOME DEPOT U.S.A., INC.